THELMA LARGEN *v.* ARSTINE McCLELLAN

COURT OF COMMON PLEAS FAIRFIELD COUNTY FILE No. 97407
AT BRIDGEPORT

Memorandum filed July 3, 1972

*David J. Sullivan, Jr.,* of Bridgeport, for the plaintiff.

*Jacob Y. Sachs,* of Bridgeport, for the defendant.

MARTIN, J. This automobile negligence case was tried to the court while a companion case was tried to the jury. The jury returned a verdict against both the plaintiff and the defendant in this action.

The defendant, however, failed to plead contributory negligence as required by § 52-114 of the General Statutes, and that defense is not available to him.

Accordingly, judgment may enter for the plaintiff to recover of the defendant the sum of $1055.50 plus costs.